**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | **No. 19-CR-142** |
| v. | : | |
| | : | |
| **BRAHEEM BAILEY** | : | |
| | : | |

**ORDER**

**AND NOW**, this **5th** day of **February 2024**, upon consideration of Defendant Braheem Bailey's Motion for Sentence Modification Pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 55), and the Government's Response in Opposition (ECF No. 56), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's motion is **DENIED**.

                                                            **BY THE COURT:**

                                                            /s/ Chad F. Kenney

                                                            **CHAD F. KENNEY, J.**